IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

3:06cr445LAe

v.

**INDICTMENT**

RAMON MAURICE SINGLETON
and
NATELISHA TENNILLE JACKSON
_____/

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United States of America requests this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendants have not been arrested as a result of the activities alleged in the indictment. Public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendants to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida and one certified copy to the United States Probation Office for the Northern District of Florida.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST., FLA.
PENSACOLA, FLA.

2006 OCT 17 PM 5:28



FILED

WHEREFORE, in order to arrest the defendants before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

_____
THOMAS P. SWAIM
LEAH ANN BUTLER
Assistant United States Attorney
North Carolina Bar No. 10064
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

DONE AND ORDERED this the 17th day of October 2006.

_____
UNITED STATES MAGISTRATE JUDGE

n:\udd\forms\criminal\grandjury\mot2seal ind

2