# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                               CASE NO. 3:06cr445LAC

RAMON MAURICE SINGLETON and
NATELISHA TENNILLE JACKSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 27, 2006
Motion/Pleadings:   MOTION TO UNSEAL INDICTMENT
Filed by GOVERNMENT   on   10/27/2006   Doc.# 7
RESPONSES:

                                        on               Doc.#
                                        on               Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of October, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                            s/*L.A. Collier*
                                                      ***LACEY A. COLLIER***
                            *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.