# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                             CASE NO.  3:06cr445LAC

RAMON MAURICE SINGLETON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  May 17, 2007

Motion/Pleadings:  RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

Filed by  DEFENDANT  on 5/1/2007  Doc.# 88

RESPONSES:

                                                 on               Doc.#

                                                 on               Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of May, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b)*

                                                                   *s/L.A. Collier*
                                                              ***LACEY A. COLLIER***
                                              ***Senior United States District Judge***

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.