IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA

vs.                                                    Case Nos.      3:06cr445/LAC
                                                                      3:10cv23/LAC/EMT

RAMON MAURICE SINGLETON
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 2, 2012 (doc. 196).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The motion to vacate, set aside, or correct sentence (doc. 171) is **DENIED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th  day of September, 2012.


s/L.A. Collier
_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**